Present — FOLLETT and PARKER, JJ.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs and disbursements.

90h    259
80 AD  638

In the Matter of the Application of MARY McBRIDE, as Administratrix, etc., of BRIDGET MURRAY, Deceased, Respondent, for an Order Compelling HENRY G. HARRIS, Appellant, to Pay out Certain Moneys.

*Appeal — papers recited in an order appealed from but not contained in record will be assumed to sustain the order.*

Where papers which are recited in an order appealed from do not appear in the record it will be assumed that such papers sustain the order, which will in such case be affirmed on appeal.

APPEAL by Henry G. Harris from an order of the Supreme Court, made at the New York Special Term and entered in the clerk's office of the county of New York on the 26th day of June, 1895, directing him to deposit a sum of money in court and denying his motion for a reargument.

*Daniel Daly,* for the appellant.

*Frederick K. Clark,* for the respondent.

PER CURIAM :

Many of the papers on which the original order was made and on which the motion for reargument was founded, which are recited in the order appealed from, not appearing in the record, we must assume that they sustain the order of the Special Term, which is, therefore, affirmed, with ten dollars costs and disbursements.

Present — VAN BRUNT, P. J., FOLLETT and PARKER, JJ.

Order affirmed, with ten dollars costs and disbursements.